**Philip PERRIN, Plaintiff and Appellant, v. Mrs. Alice Messmer SARDINGA, Defendant and Appellee.**

No. 16709.

Court of Appeal of Louisiana. Orleans.

Nov. 2, 1937.

Brian & Brian, of New Orleans, for appellant.

Norman R. Tilden, of New Orleans, for appellee.

JANVIER, Judge.

For the reasons given in Jeffrey Brown v. Mrs. Alice Messmer Sardinga, 176 So. 662, this day decided, the judgment appealed from is affirmed at the cost of appellant.

Affirmed.